THE CITY OF CHICAGO, Plaintiff-Appellant, *v.* FIRST NATIONAL BANK OF SKOKIE *et al.*, Defendants—(SIM CONSTRUCTION Co., Defendant-Appellee)—HARRY POSTMANTIER *et al.*, Impleaded Defendants-Appellees.

(No. 54012;

First District—November 6, 1972.

*Rehearing denied December 5, 1972.*

Opinion by Mr. JUSTICE LYONS.

Richard L. Curry, Corporation Counsel, of Chicago, (Marvin E. Aspen and Daniel Pascale, Assistant Corporation Counsel, of counsel,) for appellant.

Maurice J. Nathanson, of Chicago, (Ronald S. Cope, of counsel), for appellees.